UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALYCE SERRANO, on behalf of herself
and all others similarly situated

               Plaintiff,

– against –

CABLEVISION SYSTEMS CORP. and
CSC HOLDINGS, INC.,

               Defendants.

ORDER

09-CV-1056

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2009 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

The court's order of November 2, 2009 noted a potential conflict of interest, and stated that recusal would be granted at the suggestion of any party. A party has requested recusal. I recuse myself from this action.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: November 10, 2009
       Brooklyn, New York

