Jonathan F. Putnam (JP 3883)
John P. Del Monaco (JD 8141)

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALYCE SERRANO and ANDREA LONDONO, on behalf of herself and all others similarly situated,<br><br>                   Plaintiffs,<br><br>  - against -<br><br>CABLEVISION SYSTEMS CORP. and CSC HOLDINGS, INC.,<br><br>                   Defendants. | Case No.:    09 CV 1056 (DLI)<br><br>ECF Case<br><br>**Declaration Of John P. Del Monaco In Support Of Defendants' Opposition To Plaintiffs' Motion To Strike**<br><br>*Date of Service*: **January 28, 2011** |

       I, John P. Del Monaco, an attorney duly admitted to practice law before this Court, hereby declare pursuant to 28 U.S.C. § 1746 that the information contained herein is true and correct:

       1.     I am a partner with the law firm of Kirkland & Ellis LLP ("Kirkland"), counsel for Defendants Cablevision Systems Corp. and CSC Holdings, Inc. in the above-captioned matter.

       2.     I respectfully submit this declaration in connection with Defendants' Opposition to Plaintiffs' Motion to Strike.  In particular, I submit this declaration to place before the Court excerpts of deposition testimony in the above-captioned matter.

       3.     Attached as Exhibit A are excerpts of the October 5, 2010 deposition testimony of Rocky Boler in the above-captioned matter.

4. Attached as Exhibit B are excerpts of the October 4, 2010 deposition testimony of Steven Hoffman in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2011

    /s/ *John P. Del Monaco*
_____
John P. Del Monaco